UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Information No. **CR413-070** |
| | ) | |
| v. | ) | VIO: 18 U.S.C. 7 and 13 |
| | ) | O.C.G.A. |
| **ASHLEY N. SMITH** | ) | 40-6-270 |
| | ) | Failure to Stop at Scene of Accident |
| | ) | 40-6-397 |
| | ) | Aggressive Driving |

COUNT ONE

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 1st, 2012, on Fort Stewart Military Reservation, land under the exclusive jurisdiction of the United States and located in the Southern District of Georgia,

**ASHLEY N. SMITH**

did while operating a motor vehicle, unlawfully and willfully leave the scene of an accident resulting in damage to vehicle attended to by a person and did fail to give her name, address, and registration number of the vehicle that she was driving, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 40-6-270.

COUNT TWO

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 1st, 2012, on Fort Stewart Military Reservation, land under the exclusive jurisdiction of the United States and located in the Southern District of Georgia,

## ASHLEY N. SMITH

did unlawfully operate a motor vehicle with the intent to harass, intimidate, injure and obstruct another person by intentionally swerving her vehicle and striking a vehicle driven by Daniel Fallaw, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 40-6-397.

EDWARD J. TARVER
UNITED STATES ATTORNEY

*/s/ Maria Waters*
J. Maria Waters
Assistant U.S. Attorney

Rob MacTaggart
Special Assistant U.S. Attorney
Nebraska 21040

S. Tennaile Timbrook
Special Assistant U.S. Attorney
Missouri Bar 57208